Scott Edward Cole, Esq. (CA S.B. #160744)
Laura Grace Van Note, Esq. (CA S.B. #310160)
Mark T. Freeman, Esq. (CA S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com
Email: LegalDept@colevannote.com

*Attorneys for Representative Plaintiffs and the Plaintiff Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEPHANIE FISHER and NATASHA KELLY, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC and GREYSTAR MANAGEMENT SERVICES, LLC,

Defendants.

**Case No. 2:26-cv-05954-CV-MAR**

**CLASS ACTION**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs STEPHANIE FISHER and NATASHA KELLY, individually, and on behalf of all others similarly situated, by and through undersigned counsel, hereby gives notice of the voluntary dismissal of the above-captioned action, without prejudice, as to all claims and all parties.

As of the date of this filing, Defendants GREYSTAR REAL ESTATE PARTNERS, LLC and GREYSTAR MANAGEMENT SERVICES, LLC have not served either an answer to the Complaint or a motion for summary judgment. Accordingly, this dismissal is effective upon filing pursuant to Rule 41(a)(1)(A)(i) and does not require an Order of the Court.



COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Each party shall bear its own costs and attorneys' fees.

Dated: August 11, 2026

Respectfully submitted,

*/s/ Scott Edward Cole*
Scott Edward Cole
**COLE & VAN NOTE**

*Counsel for Plaintiffs*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800